THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KALAJ, Appellant. [734 NYS2d 844] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 23, 1998 (*People v Kalaj,* 247 AD2d 633), affirming a judgment of the County Court, Westchester County, rendered May 17, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., O'Brien, Krausman and Florio, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH KLEINER, Appellant. [734 NYS2d 844] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Maltese, J.), rendered June 25, 1997, convicting him of the unauthorized practice of medicine (seven counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. S. Miller, J. P., Luciano, Schmidt and Smith, JJ., concur.